IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TRIDENT MORTGAGE COMPANY LP,<br><br>Defendant. | : : : : : : : : : : : : : | Civil Action No. 22-cv-02936-GEKP |

## ORDER

**AND NOW**, this ___ day of August, 2022, it is hereby **ORDERED** that the Motion to Allow Jonice Gray Tucker, Kari Hall and Jessica M. Shannon to Appear *Pro Hac Vice* is **GRANTED**, and Jonice Gray Tucker, Kari Hall and Jessica M. Shannon may appear as counsel for Defendant Trident Mortgage Company LP.

_____
Honorable Gene E.K. Pratter

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and UNITED STATES OF AMERICA, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 22-cv-02936-GEKP |
| TRIDENT MORTGAGE COMPANY LP, | : : | |
| Defendant. | : | |

## MOTION TO ALLOW THE APPEARANCE OF
## JONICE GRAY TUCKER, KARI HALL AND JESSICA M. SHANNON
## *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.5 and the Court's *General Pretrial and Trial Procedures*, the undersigned attorney, David H. Pittinsky of Ballard Spahr LLP, respectfully moves the Court for an Order granting admission *pro hac vice* to Jonice Gray Tucker, Kari Hall and Jessica M. Shannon in the above-captioned action. Ms. Tucker, Ms. Hall and Ms. Shannon seek to act as additional counsel for Defendant Trident Mortgage Company LP. In support of this Motion, the undersigned states the following:

1. I entered my appearance in this matter on August 10, 2022.

2. Jonice Gray Tucker is a partner with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax (202) 551-0278; email: jonicegraytucker@paulhastings.com

3. Kari Hall is a partner with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax (202) 551-0278; email: karihall@paulhastings.com.

4.	Jessica M. Shannon is an associate with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax (202) 551-0278; email: jessicashannon@paulhastings.com.

5.	The Declarations of Jonice Gray Tucker, Kari Hall and Jessica M. Shannon are attached to this Motion as Exhibits A, B and C, respectively.

6.	My Sponsor's Declaration in support of this Motion seeking leave for Jonice Gray Tucker, Kari Hall and Jessica M. Shannon to appear *pro hac vice* is attached to this Motion as Exhibit D.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Jonice Gray Tucker, Kari Hall and Jessica M. Shannon to appear *pro hac vice* for purposes of this action only.

Respectfully submitted,

/s/  David H. Pittinsky
David H. Pittinsky (PA ID 4552)
pittinsky@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Phone: 215.864.8117

Attorneys for Defendant
Trident Mortgage Company LP

Dated:  August 17, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of August, 2022, I served the foregoing Motion to Allow the Appearance of Jonice Gray Tucker, Kari Hall and Jessica M. Shannon on counsel via ECF transmission.

/s/ David H. Pittinsky
David H. Pittinsky (PA ID 4552)

DMFIRM #404529105 v1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, and UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TRIDENT MORTGAGE COMPANY LP,<br><br>Defendant. | Civil Action No. 22-cv-02936-GEKP |

## DECLARATION OF JONICE GRAY TUCKER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Jonice Gray Tucker, of full age, hereby deposes and says:

1. I have personal knowledge of the matters set forth herein.

2. I am a Partner of the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax. (202) 551-0278, email: jonicegraytucker@paulhastings.com.

3. I make this Declaration in support of the application seeking leave for me to appear *pro hac vice* in the above-captioned action as an attorney for Defendant Trident Mortgage Company LP.

4. I was admitted to practice law in the State of Maryland in 2000 and in the District of Columbia in 2002. I was also admitted to practice in the following federal jurisdictions in the years indicated below:

- U.S. District Court, District of Columbia (2007);
- U.S. District Court, District of Maryland (2001);
- U.S. Court of Appeals, First Circuit (2001);

- U.S. Court of Appeals, Fourth Circuit (2001).

5. I am in good standing in all jurisdictions to which I am admitted.

6. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority in any bar in which I have been a member.

7. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

8. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission, David H. Pittinsky, of the current status of the above-captioned case and of all material developments therein.

I declare, pursuant to 28 U.S.C § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on August 16, 2022.

*Jonice Gray Tucker*
Jonice Gray Tucker

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, and UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TRIDENT MORTGAGE COMPANY LP,<br><br>Defendant. | Civil Action No. 22-cv-02936-GEKP |

### **DECLARATION OF KARI HALL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Kari Hall, of full age, hereby deposes and says:

1. I have personal knowledge of the matters set forth herein.

2. I am a Partner of the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax. (202) 551-0278, email: karihall@paulhastings.com.

3. I make this Declaration in support of the application seeking leave for me to appear *pro hac vice* in the above-captioned action as an attorney for Defendant Trident Mortgage Company LP.

4. I was admitted to practice law in the State of Ohio in 2003 and in the District of Columbia in 2011.

5. I am in good standing in all jurisdictions to which I am admitted.

6. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority in any bar in which I have been a member.

7. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

8. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission, David H. Pittinsky, of the current status of the above-captioned case and of all material developments therein.

I declare, pursuant to 28 U.S.C § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2022.

                                                  */s/ Kari Hall*
                                                  Kari Hall

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, and UNITED STATES OF AMERICA,<br><br>   Plaintiffs,<br><br>  v.<br><br>TRIDENT MORTGAGE COMPANY LP,<br><br>   Defendant. | Civil Action No. 22-cv-02936-GEKP |

**DECLARATION OF JESSICA M. SHANNON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Jessica M. Shannon, of full age, hereby deposes and says:

1. I have personal knowledge of the matters set forth herein.

2. I am an Associate with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax. (202) 551-0278, email: jessicashannon@paulhastings.com.

3. I make this Declaration in support of the application seeking leave for me to appear *pro hac vice* in the above-captioned action as an attorney for Defendant Trident Mortgage Company LP.

4. I was admitted to practice law in the State of New York in 2017 and in the District of Columbia in 2017.

5. I am in good standing in all jurisdictions to which I am admitted.

6. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority in any bar in which I have been a member.

7. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania, and I agree to be bound by both sets of Rules for the duration of the case for which *pro hac vice* admission is sought.

8. If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission, David H. Pittinsky, of the current status of the above-captioned case and of all material developments therein.

I declare, pursuant to 28 U.S.C § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2022.

 */s/ Jessica M. Shannon*
Jessica M. Shannon

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and UNITED STATES OF AMERICA, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 22-cv-02936-GEKP |
| TRIDENT MORTGAGE COMPANY LP, | : : | |
| Defendant. | : | |

**SPONSOR'S DECLARATION IN SUPPORT OF
MOTION TO ALLOW THE APPEARANCE OF
JONICE GRAY TUCKER, KARI HALL AND JESSICA M. SHANNON
<u>*PRO HAC VICE*</u>**

David H. Pittinsky hereby deposes and says:

1. I have personal knowledge of the matters set forth herein.

2. I am Senior Counsel in the law firm Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103, Tel. (215) 864-8117, email: pittinsky@ballardspahr.com.

3. I am admitted to practice in the Commonwealth of Pennsylvania and the U.S. District Court for the Eastern District of Pennsylvania.

4. I am in good standing in all jurisdictions to which I am admitted.

5. I make this Declaration in support of the motion and application to admit Jonice Gray Tucker, Kari Hall and Jessica M. Shannon *pro hac vice* to appear and participate in this matter as attorneys for Defendant Trident Mortgage Company LP.

6. Jonice Gray Tucker is a partner with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax (202) 551-0278; email: jonicegraytucker@paulhastings.com

7. Kari Hall is a partner with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax (202) 551-0278; email: karihall@paulhastings.com.

8. Jessica M. Shannon is an associate with the law firm Paul Hastings, LLP with an office location at 2050 M Street, N.W., Washington, District of Columbia 20036, Tel. (202) 551-1700, Fax (202) 551-0278; email: jessicashannon@paulhastings.com.

9. I certify that I know that the applicants, Jonice Gray Tucker, Kari Hall and Jessica M. Shannon, are members in good standing of the state and federal court jurisdictions included in Exhibits A, B and C, respectively.

10. I understand that the admission *pro hac vice* of Jonice Gray Tucker, Kari Hall and Jessica M. Shannon will not relieve me of my legal duties and responsibilities for this case in matters before the Court.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2022.

/s/ David H. Pittinsky
David H. Pittinsky (PA ID 4552)