IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU et al., *Plaintiffs* v. TRIDENT MORTGAGE COMPANY LP, *Defendant* | CIVIL ACTION No. 22-2936 |

## ORDER

**AND NOW**, this 18th day of August, 2022, upon consideration of the Motion for *Pro Hac Vice* Admission of Jonice Gray Tucker, Kari Hall and Jessica M. Shannon (Doc. No. 9), it is **ORDERED** that the Motion (Doc. No. 9) is **GRANTED** and Ms. Tucker, Ms. Hall and Ms. Shannon are admitted in this case *pro hac vice* for Defendant Trident Mortgage Company LP provided that (i) they shall familiarize and comport themselves in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, David H. Pittinsky, shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Ms. Tucker, Ms. Hall and Ms. Shannon shall be permitted to participate in all aspects of the instant litigation on behalf of the Defendant.[1]

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

---

[1] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf.

1