IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU & UNITED STATES OF AMERICA | : : : | |
| *Plaintiffs* | : : | |
| v. | : : | CIVIL NO. 22-2936 |
| TRIDENT MORTGAGE COMPANY LP | : : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this **13th day of March 2025**, upon review of the Consent Order (ECF No. 13), it is hereby **ORDERED** as follows:

1. This case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this matter.

2. This Court retains jurisdiction of this matter for the purpose of enforcing the Consent Order.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**