UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau<br>and<br>United States of America,<br>       Plaintiffs,<br>v.<br><br>Trident Mortgage Company LP,<br>       Defendant. | Case No. 2:22-cv-02936-KNS |

## UNOPPOSED MOTION TO TERMINATE CONSENT ORDER AND DISMISS WITH PREJUDICE

Plaintiffs the Consumer Financial Protection Bureau and the United States of America, by and through undersigned counsel, file this unopposed motion to provide the Court with a status update and to respectfully request termination of the Consent Order and dismissal of this case with prejudice.

The Court entered a Consent Order in this case on September 14, 2022 (ECF 13). The Consent Order states that its requirements will remain in effect for five (5) years or longer if Trident Mortgage Company LP (Trident) has not invested all money required by the order. (*Id.* ¶ 64). The Order also states that other modifications may be made upon approval of the Court, by motion of any Party. (*Id.* ¶ 68).

In support of this motion, the United States advises the Court that Trident has demonstrated a commitment to remediation, and:

1. Trident has fully disbursed the loan subsidy fund ($18,400,000) as required (*see id.* ¶ 7);

2. Trident paid the civil money penalty ($4,000,000) to the Consumer Financial Protection Bureau (*see id*. ¶ 39); and

3. Trident is substantially in compliance with the other monetary and injunctive terms of the Consent Order.

We have conferred with Trident and Trident does not oppose the motion.

WHEREFORE, for these reasons, Plaintiffs respectfully request that the Court enter the attached Order terminating the Consent Order and dismissing this case with prejudice.

Respectfully submitted this 23rd day of May, 2025.

FOR THE CONSUMER FINANCIAL PROTECTION BUREAU:

MARK PAOLETTA
Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CARA PETERSEN
Acting Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

 /s/ *Rebeccah Golubock Watson*       
REBECCAH GOLUBOCK WATSON
CHELSEA PETER
*Enforcement Attorneys*
Consumer Finance Protection Bureau
1700 G Street NW
Washington, DC 20552
Telephone: (202) 435-7895
Rebeccah.Watson@cfpb.gov
Chelsea.Peter@cfpb.gov

FOR THE UNITED STATES:

| | |
|---|---|
| DAVID METCALF<br>United States Attorney<br>Eastern District of Pennsylvania | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| GREGORY B. DAVID<br>Assistant United States Attorney<br>Chief, Civil Division | MICHAEL E. GATES<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| | CARRIE PAGNUCCO<br>Chief |
| GERALD B. SULLIVAN<br>Assistant United States Attorney<br>615 Chester Street, Suite 1250<br>Philadelphia, PA 19106<br>Phone: (215) 861-8786<br>Fax: (215) 861-8618<br>Gerald.Sullivan@usdoj.gov | /s/ *Jennifer Slagle Peck*<br>JENNIFER A. SLAGLE PECK<br>Deputy Chief<br>Housing & Civil Enforcement Section<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC 20530<br>Phone: (202) 514-4713<br>Fax: (202) 514-1116<br>Jennifer.Slagle.Peck@usdoj.gov |

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule of Civil Procedure 7.1(b), I certify that this Unopposed Motion to Terminate Consent Order and Dismiss with Prejudice is uncontested.

Dated: May 23, 2025

/s/ *Jennifer Slagle Peck*
JENNIFER A. SLAGLE PECK
Deputy Chief
Housing & Civil Enforcement Section
950 Pennsylvania Ave. NW – 4CON
Washington, DC 20530
Phone: (202) 514-4713
Fax: (202) 514-1116
Jennifer.Slagle.Peck@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 23, 2025, a true and correct copy of the above "Unopposed Motion to Terminate Consent Order and Dismiss with Prejudice" was served on counsel of record in this matter via the Court's CM/ECF system, if registered.

/s/ *Jennifer Slagle Peck*
JENNIFER A. SLAGLE PECK
Deputy Chief
Housing & Civil Enforcement Section
U.S. Department of Justice