UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Consumer Financial Protection Bureau<br>and<br>United States of America,<br>　　　　Plaintiffs,<br>v.<br>Trident Mortgage Company LP,<br>　　　　Defendant. | Case No. 2:22-cv-02936-KNS |

## ORDER

The Consumer Financial Protection Bureau and the United States of America having moved the Court to terminate the Consent Order and dismiss this matter with prejudice, and with Trident Mortgage Company LP (Trident) consenting to the motion, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that, with the consent of the Consumer Financial Protection Bureau, the United States, and Trident, the Consent Order in this case is **TERMINATED** and this case is **DISMISSED WITH PREJUDICE**.

_____
KAI N. SCOTT
United States District Judge